ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| APOLLO CORPORATION,<br>a Minnesota Corporation<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARE PATIENT<br>EQUIPMENT, INC.,<br>a Nebraska Corporation<br><br>Defendant. | Civil Action No. 02-390 (DWF/SRN)<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER** |

Whereas, MasterCare Patient Equipment, Inc. ("MasterCare"), through its undersigned counsel, wishes to have an extension with which to answer or otherwise respond to the Complaint of Apollo Corporation ("Apollo"), and Apollo agrees to grant such an extension,

**IT IS HEREBY STIPULATED AND AGREED** that MasterCare shall have until April 11, 2002, to answer or otherwise respond to Apollo's complaint.

Dated: 3-11-02

By: ____________________
Jeffer Ali (#247,947)
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

**ATTORNEYS FOR PLAINTIFF APOLLO CORPORATION**

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 3-4-02

By: [signature]

John D. Sear (#222,254)
Bowman & Brooke LLP
2600 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

**ATTORNEYS FOR DEFENDANT MASTERCARE PATIENT EQUIPMENT, INC.**

**Of Counsel:**

Mark Peterson
Koley, Jessen P.C.
1125 South 103rd Street, Suite 800
Omaha, Nebraska 68124
Telephone: (402) 343-3720
Facsimile: (402) 390-9005

**ORDER**

Based on the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED:**

The deadline for defendant MasterCare to answer or otherwise respond to Apollo's complaint is April 11, 2002.

Dated: March 12, 2002

[signature]
Susan Richard Nelson
United States Magistrate Judge