139466

# UNITED STATES DISTRICT COURT

## District of Minnesota

**Clerk's Office, 700 Federal Building**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 02-390 (DWF/SRN) **Case Title:** Apollo Corporation v. MasterCare Patient Equipment, Inc.

**Affidavit of Movant**

I, John D. Sear, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Mark J. Peterson, an attorney admitted to practice in the ________ District of Nebraska, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant ________ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 222252 | 3-29-02 |
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Mark J. Peterson, am currently a member in good standing of the U.S. District Court for the ________ District of Nebraska, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Mark J. Peterson | [signature] | 3/25/02 |
| Type/Print Name | Signature | Date |

Attorney License Number: 18850

Law Firm Name & Address: Koley Jessen P.C.
1125 S. 103rd St., #800
Omaha, NE 68124

Telephone: (402) 390-9500

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

APR 15 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED APR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________