**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COPY

APOLLO CORPORATION,
a Minnesota Corporation

Plaintiff,

v.

MASTERCARE PATIENT EQUIPMENT, INC.,
a Nebraska Corporation

Defendant.

Civil Action No. 02-390 (DWF/SRN)

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Apollo Corporation ("Apollo") filed this lawsuit on February 15, 2002, and served its complaint on Defendant MasterCare Patient Equipment, Inc. ("MasterCare") on February 20, 2002;

WHEREAS, MasterCare sought an extension of time to answer the Complaint and Apollo agreed to grant such an extension and the Court approved such stipulation;

WHEREAS, MasterCare served an Answer and Counterclaim to the Complaint on April 11, 2002, in which MasterCare asserted defenses and counterclaims alleging unenforceability of the patent-in-suit and a counterclaim of "unfair competition";

WHEREAS, Apollo has noticed a partial motion to dismiss MasterCare's defenses and counterclaim of unenforceability of the patent-in-suit and a counterclaim of unfair competition;

WHEREAS, Apollo's papers in support of the motion are due to be filed by Wednesday, June 12, 2002, and the hearing on the motion is scheduled for July 26, 2002;

WHEREAS, the parties, in a meet and confer held on June 7, 2002, have agreed that Apollo will withdraw its motion in exchange for MasterCare's agreement to withdraw paragraphs 37 and 38 of its Answer and to amend paragraph 3 of its Counterclaim accordingly, and to

FILED JUN 1 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

particularize its counterclaim of unfair competition by making clear that the alleged "violation of the Federal and State Unfair Competition Laws" referenced in the counterclaim means only common law claims;

**IT IS HEREBY STIPULATED AND AGREED** that:

1. Apollo will and hereby does withdraw its Motion to Dismiss as long as MasterCare serves on Apollo's counsel, by Friday, June 16, 2002, an amended answer and counterclaim, by withdrawing existing paragraphs 37 and 38 of its Answer and amending paragraph 3 of its existing Counterclaim accordingly, and in which the existing counterclaim of unfair competition is particularized so as to specify that the alleged "violation of the Federal and State Unfair Competition Laws" means only the common law, and making no further amendments; and

2. Should MasterCare not so amend its pleadings, Apollo's motion is not withdrawn and Apollo shall have until June 19, 2002, to serve and file the papers in support of its motion.

Dated: 6-11-02

By: [signature]

Jeffer Ali (#247,947)
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

**ATTORNEYS FOR PLAINTIFF APOLLO CORPORATION**

Dated: 6-11-02

By: [signature]

John D. Sear (#222,254)
Bowman & Brooke LLP
2600 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

Mark Peterson
Koley, Jessen P.C.
1125 South 103rd Street, Suite 800
Omaha, Nebraska 68124
Telephone: (402) 343-3720
Facsimile: (402) 390-9005

**ATTORNEYS FOR DEFENDANT MASTERCARE PATIENT EQUIPMENT, INC.**

## ORDER

Based on the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED** that:

1. The foregoing stipulation is adopted;

2. MasterCare shall serve on Apollo's counsel, by Friday, June 16, 2002, an amended answer and counterclaim, by withdrawing existing paragraphs 37 and 38 of its Answer and amending paragraph 3 of its existing Counterclaim accordingly, by particularizing its counterclaim of unfair competition so as to specify that the alleged "violation of the Federal and State Unfair Competition Laws" means only the common law, and by making no further amendments; and

3. Should MasterCare not so amend its pleadings, Apollo shall have until June 19, 2002, to serve and file the papers in support of its motion to dismiss.

Dated: June 12, 2002

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# 28th Annual Federal Court Practice Seminar

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**

**District of Minnesota**

**Judge Robert J. Kressel**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Racial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building