**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Apollo Corporation, a Minnesota Corporation,**

**Plaintiff,**

v.

**Mastercare Patient Equipment, Inc., a Nebraska Corporation**

**Defendant.**

**Civil No. 02-390 (DWF/SRN)**

**ORDER**

---

Jeffer Ali, Esq. on behalf of Plaintiff.

John David Sear, Esq. and Mark J. Peterson, on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On July 19, 2002, the parties in the present case participated in a settlement conference with the undersigned Magistrate Judge. During the settlement conference, the parties made significant progress toward resolving the case. The parties now request a 60-day stay of discovery in order to continue with negotiations. This request is consistent with the goal of securing a speedy and inexpensive determination of the present action. Therefore, the Court stays the present case until September 23, 2002.

Dated: July 24, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

JUL 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK