**ORIGINAL**

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-390 (DWF/SRN) Case Title: Apollo Corporation v. MasterCare Patient Equipment, Inc.

Affidavit of Movant

I, John D. Sear ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Kent R. Erickson , an attorney admitted to practice in the Western District of Missouri ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant ______ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 222252 | 10-1-02 |
| Signature | MN Attorney License # | Date |

Affidavit of Proposed Admittee

I, Kent R. Erickson , am currently a member in good standing of the U.S. District Court for the Western District of Missouri , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Kent R. Erickson | [signature] | 9/23/02 |
| Type/Print Name | Signature | Date |

Attorney License Number: 40986
Law Firm Name & Address: Shughart Thomson & Kilroy, P.C.
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 374-0537

Motion Granted: [signature] OCT 07 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORIGINAL**

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-390 (DWF/SRN) Case Title: Apollo Corporation v. MasterCare Patient Equipment, Inc.

Affidavit of Movant

I, John D. Sear ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Gerald M. Kraai , an attorney admitted to practice in the Western District of Missouri ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant ______ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 222252 | 10-1-02 |
| Signature | MN Attorney License # | Date |

Affidavit of Proposed Admittee

I, Gerald M. Kraai , am currently a member in good standing of the U.S. District Court for the Western District of Missouri , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Gerald M. Kraai | Gerald M Kraai | 9-24-02 |
| Type/Print Name | Signature | Date |

Attorney License Number: 31265
Law Firm Name & Address: Shughart Thomson & Kilroy, P.C.
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 374-0583

Motion Granted: [signature] MMC OCT 0 7 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______