**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Apollo Corporation,** **Civil No. 02-390 DWF/SRN**

**Plaintiff,**

**v.**

**ORDER**

**MasterCare Patient Equipment, Inc.,**

**Defendant.**

---

This matter is before the Court on the Stipulated Motion for Amendment to Pretrial Schedule and Stipulated Motion for Leave to File Amended Pleadings [Doc. Nos. 23-1 and 23-2]. The Court hereby GRANTS the Stipulated Motion for Leave to File Amended Pleadings [Doc. No. 23-2]. Plaintiff is granted leave to file a First Amended Complaint within 10 days of the entry of this Order. Defendant has 20 days from the filing date of the First Amended Complaint in which to file a responsive pleading including any amended counterclaims.

For good cause shown, the Court further GRANTS the Stipulated Motion for Amendment to the Pretrial Scheduling Order [Doc. No. 23-1], as set forth in the Amended Pretrial Scheduling Order, attached hereto.

IT IS SO ORDERED.

Dated: November 13, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

NOV 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK