**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| APOLLO CORPORATION, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARE PATIENT EQUIPMENT, INC., a Nebraska Corporation,<br><br>Defendant. | Civil Action No. 02-390DWF/SRN<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

The above-captioned matter was originally set for hearing on November 19, 2002, on Defendant's Motion to Amend Pretrial Scheduling Order. The parties, having stipulated to the extension of deadlines by approximately three months, and for good cause and the reasons set forth in the Stipulation Motion for Extension of the Pretrial Deadlines, the Court hereby GRANTS the Stipulated Motion for Extension of the Pretrial Deadlines.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following ***amended*** schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. Discovery shall be commenced in time to be completed by July 1, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Party with the Burden of Proof on any issue on or before April 16, 2003.

FILED NOV 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

b. By Party Responding to Party with Burden of Proof on any issue on or before May 16, 2003.

3. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party with respect to the original complaint and counterclaim and no more than 20 interrogatories interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party with respect to any claim added by Plaintiffs First Amended Complaint or any claim added by Defendant in response thereto.

4. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 3 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651.848.1200).

1. All motions which seek to amend the pleadings or add parties must be served by December 18, 2002. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 15, 2003.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by September 1, 2003. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651.848.1296).

2. All dispositive motions shall be scheduled, filed, and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on November 3, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 7 days.

IT IS SO ORDERED.

DATED this 13th day of November, 2002.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge
No further extension will be granted