**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| APOLLO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARE PATIENT EQUIPMENT, INC<br><br>Defendant. | )<br>)<br>)<br>) Civil Action No. 02-39 (DWF/SRN)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF DISMISSAL**

**WHEREAS** the parties hereto have settled this matter filed and have a Stipulation for Dimissal of the case,

**IT IS HEREBY ORDERED**:

1. Counts II, III, IV, V, and VI of Apollo's Complaint and First Amended Complaint are dismissed with prejudice;

2. Counts II, III, IV, and V of MasterCare's Counterclaim are dismissed with prejudice;

3. Count I of MasterCare's Counterclaim relating to patent invalidity is dismissed without prejudice, subject to being asserted only in a subsequent claim or action against it asserting infringement of U.S. Patent 5,255,400;

4. This Court retains jurisdiction to enforce the Settlement Agreement between MasterCare and Apollo, a copy of which is attached hereto as Exhibit A; and

5. Each party will bear its own court costs and attorneys fees.

Dated Sept. 2, 2003

Donovan W. Frank
United States District Judge

SEP 02 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK